# DOCKETED IN ERROR

(DOCUMENT IMAGE FILED IN ERROR HAS BEEN REMOVED)