Richard G. Birinyi, WSBA #9212
BULLIVANT HOUSER BAILEY PC
1601 Fifth Avenue, Suite 2300
Seattle, Washington 98101-1618
Telephone: 206.292.8930
Facsimile: 206.386.5130

The Honorable Karen A. Overstreet
Chapter 11
Location: Seattle

# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF WASHINGTON
### AT SEATTLE

In re:

OSA DEVELOPMENT, INC.,

Debtor,

No.: 06-12372-KAO

NOTICE OF APPEARANCE AND
REQUEST FOR SPECIAL NOTICE

TO:        THE CLERK OF THE BANKRUPTCY COURT;

AND TO:    All Parties in Interest;

PLEASE TAKE NOTICE that, pursuant to Bankruptcy Rule 9010(b), Richard G. Birinyi and Bullivant Houser Bailey PC, hereby give notice of the James Company's appearance in this Chapter 11 case.

Pursuant to Bankruptcy Rules 2002, 3017, 4001, 9007, and 9010(b), the James Company hereby requests notice of all matters in the above-captioned Chapter 11 case which require notice to creditors, to a Creditor's Committee, or to other parties-in-interest, including, without limitation, all notices and papers referred to in Bankruptcy Rules 2002, 3017, 4001, 9007, and 9010(b), copies of all proposed plans and disclosure statements, notices of any orders, applications, complaints, proofs of claim, demands, hearings, motions,

NOTICE OF APPEARANCE AND REQUEST FOR SPECIAL NOTICE        Page 1

petitions, pleadings or requests (whether for relief from stay, adequate protection or otherwise), any other documents brought before the Court in this case, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex or otherwise.  Bullivant Houser Bailey PC requests that such notice be served as follows:

**IF BY MAIL OR HAND-DELIVERY**:
Richard B. Birinyi
Bullivant Houser Bailey PC
1601 Fifth Avenue, Suite 2300
Seattle, WA 98101-1618

**IF BY TELECOPIER**:
Richard G. Birinyi
Phone: (206) 292-8930
Fax: (206) 386-5130

DATED this 11th day of August, 2006.

BULLIVANT HOUSER BAILEY PC

By    /s/ Richard G. Birinyi
       Richard G. Birinyi, WSBA #9212

3502770.1

NOTICE OF APPEARANCE AND REQUEST FOR SPECIAL NOTICE     Page 2

**Bullivant|Houser|Bailey PC**
1601 Fifth Avenue, Suite 2300
Seattle, Washington 98101-1618
Telephone: 206.292.8930