Richard G. Birinyi, WSBA #9212
BULLIVANT HOUSER BAILEY PC
1601 Fifth Avenue, Suite 2300
Seattle, Washington 98101-1618
Telephone: 206.292.8930
Facsimile: 206.386.5130

Hon. Karen A. Overstreet
Chapter 11
Location: Seattle
Hearing Date: August 18, 2006
Hearing Time: 9:30 a.m.
Response Date: August 14, 2006

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

In re:

OSA DEVELOPMENT, INC.,

Debtor,

No. 06-12372-KAO

PRECAUTIONARY OBJECTION TO
MOTIONS

COMES NOW the James Company, the secured creditor in this case ("Secured Creditor") and respectfully objects to the Debtor's (1) Application to Employ Real Estate Broker; (2) Motion to Sell Real Property; (Motion to Reassign this Case to the Honorable Thomas T. Glover; and (4) Application for Employment of Attorney for Debtor-in-Possession. This Objection is based on the applicable provisions of the Bankruptcy Code and Rules and the following facts, authorities and argument.

The hearing on the various matters were set on shortened notice. Counsel for the other major creditor in this case and the undersigned counsel for the James Company have discussed concerns over the various matters with the proposed Debtor's counsel and have circulated proposed modified orders to address those concerns. The undersigned understands that the proposed Debtor's counsel will consent to the modified orders, but he is in trial

PRECAUTIONARY OBJECTION TO MOTIONS

Page 1

Bullivant|Houser|Bailey PC

1601 Fifth Avenue, Suite 2300
Seattle, Washington 98101-1618
Telephone: 206.292.8930

today. This objection, therefore, is being filed for protective purposes only should the parties be unable to reach agreement on the form of the various orders. The undersigned also that should no agreement to the form of the orders be reached, the matter will be continued to a future hearing.

The James Company also reserves the right to file further substantive objections to the Motion prior to any continued hearing.

DATED this 14th day of August, 2006.

BULLIVANT HOUSER BAILEY PC


By   /s/ Richard G. Birinyi
      Richard G. Birinyi, WSBA #9212

3503042.1

PRECAUTIONARY OBJECTION TO MOTIONS        Page 2

Case 06-12372-TTG    Doc 29    Filed 08/14/06    Ent. 08/14/06 16:59:19    Pg. 2 of 2